UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :      **INDICTMENT**

    - v. -                             :      08 Cr.

DARNLEY EDWARDS,                   :

              Defendant.      :

- - - - - - - - - - - - - - - - - -x

**08 CRIM 051**

**COUNT ONE**

    The Grand Jury charges:

    1. On or about June 13, 2007, in the Southern District of New York, DARNLEY EDWARDS, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about November 18, 1980, in New York Supreme Court, New York County, for Criminal Possession of a Weapon in the Third Degree, in violation of New York Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, firearms, to wit, a .22 caliber Ruger pistol and a .30-06 caliber Remington rifle, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Section 922(g)(1).)

**COUNT TWO**

    The Grand Jury further charges:

    2. On or about June 13, 2007, in the Southern District of New York, DARNLEY EDWARDS, the defendant, unlawfully,

willfully, and knowingly, did possess and receive a firearm which has had the manufacturer's serial number removed, obliterated, and altered, to wit, a .22 caliber Ruger pistol, which previously had been shipped and transported in interstate and foreign commerce.

    (Title 18, United States Code, Sections 922(k).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DARNLEY EDWARDS,

Defendant.

INDICTMENT

08 Cr.

(18 U.S.C. §§ 922(g)(1) and 922(k))

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.